UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

FREEDOM FROM RELIGION FOUNDATION, INC.,

        Plaintiff,

v.                                    Case No: 08-C-1105

MANITOWOC COUNTY, WISCONSIN,
BOB ZIEGELBAUER, Manitowoc County Executive,
and JEFFREY BEYER, Manitowoc County
Public Works Director,

        Defendants.

## CERTIFICATE OF INTEREST

The undersigned counsel of record for plaintiff furnishes the following Certificate of Interest:

(1)    The full name of every party or amicus the attorney represents in the case.

**Freedom From Religion Foundation, Inc.**

(2)    If such party or amicus is a corporation:

        (i)    its parent corporation, if any, and

        (ii)    a list of corporate stockholders which are publicly held companies owning 10 percent or more of the stock of the party or amicus.

**Freedom From Religion Foundation, Inc., does not have a parent corporation and has no stockholders which are publicly held companies.**

(3)    The names of all law firms whose partners or associates appear for the party or are expected to appear for the party in this Court.

Boardman, Suhr, Curry & Field LLP
One South Pinckney Street
P. O. Box 927
Madison, WI 53701-0927
Telephone: 608-257-9521

Dated this 17th day of December, 2008.

BOARDMAN, SUHR, CURRY & FIELD, LLP
By:

_____
Richard L. Bolton, State Bar No. 1012552
Attorneys for Plaintiff
1 S. Pinckney Street, 4th Floor
P. O. Box 927
Madison, WI 53701-0927
PH: (608) 257-9521   FX: (608) 283-1709
rbolton@boardmanlawfirm.com