United States District Court
Eastern District of Wisconsin

Freedom from Religion Foundation, Inc.,

        Plaintiff,

-vs-

Manitowoc County, Wisconsin, et al.,

        Defendants.

**AFFIDAVIT OF SERVICE**

Case No. 08-C-1105

I hereby affirm, state and aver that on the 5th day of January, 2009, at 2:53 p.m., I duly served:

**Jeffrey Beyer, Public Works Director**

**Name of Service Agent:** Jamie A. Schnell, undersigned, being duly sworn, deposes and says that at the time of service, she was an adult resident of the State of Wisconsin and not a party to this action.

**Documents Served:** The undersigned was able to effect service of:

Summons in a Civil Case
Complaint

**At the Address:** 1110 S. 9th Street
Manitowoc, Wisconsin

**Court Date:** N/A

**Manner of Service:** Personal

At the time of service, I did place upon it the date, time, manner and my name, leaving a true and correct copy thereof, and that the server knew the person so served to be the defendant (or other) mentioned and named therein.

CONFIDENTIALLY YOURS LLC

By: _Jamie A. Schnell_
Jamie A. Schnell, Service Agent

Subscribed and sworn to before me
this 8th day of January, 2009.
_Ann Bajdan_
*Print Name Ann Bajdan
Notarial Officer – Deputy Clerk
Manitowoc County Clerk of Circuit Court
Term Expires: 12-31-10

Service Fee: $33.00

# United States District Court

EASTERN DISTRICT OF WISCONSIN

FREEDOM FROM RELIGION FOUNDATION

V.

MANITOWOC COUNTY, WISCONSIN, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08-C-1105

TO: (Name and Address Defendant)

Manitowoc County, Wisconsin
c/o Bob Ziegelbauer
Manitowoc County Courthouse
1010 South 8th Street

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (Name and Address)

Richard L. Bolton
Boardman, Suhr, Curry & Field
P.O. Box 927
Madison, WI 53701-0927

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must filed with the Clerk of this Court within a reasonable period of time after service.

DEC 1 7 2008

JON W. SANFILIPPO
CLERK

_____
(BY) DEPUTY CLERK

DATE

_____
Confidentially Yours, LLC
Date: 1/5/09  Time: 2:53 pm
Served Upon: Jeffrey Beyer, Public Works Director
Address: 1110 S. 9th Street
Manitowoc, WI
(X) Personal   ( ) Substitute
( ) Corporate  ( ) Posted