UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

FREEDOM FROM RELIGION FOUNDATION, INC,

    Plaintiff,

v.                                          Case No.: 08-cv-1105

MANITOWOC COUNTY, WISCONSIN
BOB ZIEGLEBAUER, Manitowoc County Executive,
And JEFFREY BEYER, Manitowoc County
Public Works Director,

    Defendants.

## CERTIFICATE OF INTEREST

The undersigned counsel of record for the defendant, Manitowoc County, Bob Zieglebauer and Jeffrey Beyer furnishes the following lists in compliance with General Local Rule 83.9:

(1)     The full name of every party or amicus the attorney represents in a case.

**Response**: Manitowoc County, Bob Zieglebauer and Jeffrey Beyer

(2)     If such party or amicus is a corporation:

    (i) Its parent corporation; if any; and

    (ii) A list of corporate stockholders which are publicly held companies owing 10% percent or more of the stock of the party or amicus.

**Response**: Not applicable.

(3)     The name of all law firms whose partners or associates appear for the party or are expected to appear for the party in the Court.

**Response**: The undersigned Crivello Carlson, S.C. has been retained to represent the Manitowoc County, Bob Zieglebauer and Jeffrey Beyer in this action.

Dated this 20th day of January, 2009.

> BY: /s Raymond J. Pollen
> RAYMOND J. POLLEN
> State Bar No.: 1000036
> REMZY D. BITAR
> State Bar No.: 1038340
> Attorneys for the Manitowoc County, Bob Zieglebauer and Jeffrey Beyer
> Crivello Carlson, S.C.
> 710 North Plankinton Avenue
> Milwaukee, Wisconsin 53203
> 414-271-7722
> Email: rpollen@crivellocarlson.com
> rbitar@crivellocarlsom.com