UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

FREEDOM FROM RELIGION FOUNDATION, INC,

    Plaintiff,

v.                                        Case No.: 08-cv-1105

MANITOWOC COUNTY, WISCONSIN
BOB ZIEGLEBAUER, Manitowoc County Executive,
And JEFFREY BEYER, Manitowoc County
Public Works Director,

    Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2009, I electronically filed the Certificate of Interest, Answer and Affirmative Defenses of Manitowoc County, Bob Ziegelbauer and Jeffrey Beyer using the ECF system which will send notification of such filing to the following, who will also receive the same via U.S. mail:

Richard L. Bolton
Boardman Suhr Curry & Field LLP
1 S Pickney St – 4th Floor
PO Box 927
Madison, WI 53701-0927

    Dated this 20th day of January, 2009.

                                            BY: /s Raymond J. Pollen
                                            RAYMOND J. POLLEN
                                            State Bar No.: 1000036
                                            REMZY D. BITAR
                                            State Bar No.: 1038340
                                            Attorneys for Manitowoc County, Bob Ziegelbauer and Jeffrey Beyer
                                            Crivello Carlson, S.C.
                                            710 North Plankinton Avenue
                                            Milwaukee, Wisconsin 53203
                                            414-271-7722
                                            Email: rpollen@crivellocarlson.com
                                                      rbitar@crivellocarlsom.com