UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

FREEDOM FROM RELIGION FOUNDATION, INC,

    Plaintiff,

v.                                                  Case No.: 08-cv-1105

MANITOWOC COUNTY, WISCONSIN
BOB ZIEGLEBAUER, Manitowoc County Executive,
And JEFFREY BEYER, Manitowoc County
Public Works Director,

    Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2009, I electronically filed the Rule 26(f) Report on Discovery Planning Conference submitted on Behalf of Plaintiff and Defendants using the ECF system which will send notification of such filing to the following, who will also receive the same via U.S. mail:

Richard L. Bolton
Boardman Suhr Curry & Field LLP
1 S Pickney St – 4th Floor
PO Box 927
Madison, WI 53701-0927

    Dated this 25th day of February, 2009.

                                      BY: /s Raymond J. Pollen
                                      RAYMOND J. POLLEN
                                      State Bar No.: 1000036
                                      REMZY D. BITAR
                                      State Bar No.: 1038340
                                      Attorneys for Manitowoc County, Bob Ziegelbauer and Jeffrey Beyer
                                      Crivello Carlson, S.C.
                                      710 North Plankinton Avenue
                                      Milwaukee, Wisconsin 53203
                                      414-271-7722
                                      Email: rpollen@crivellocarlson.com
                                                  rbitar@crivellocarlsom.com