# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**FREEDOM FROM RELIGION**
**FOUNDATION INC.**
                  Plaintiff(s),      **RULE 16 TELEPHONE**
    v.                                 **SCHEDULING CONFERENCE**

**MANITOWOC COUNTY, et al.**                Case No. 08-C-1105
                  Defendant(s).

| | |
|---|---|
| HONORABLE WILLIAM C. GRIESBACH, presiding | Tape: N/A |
| Deputy Clerk: Terri | Hearing Began: 8:57 a.m. |
| Proceeding Held: March 4, 2009 | Hearing Ended: 9:03 a.m. |

**Appearances:**

    **Plaintiff(s):**    Richard L. Bolton

    **Defendant(s):**    Raymond J. Pollen

**Scheduling**:

| | |
|---|---|
| Initial Disclosures: | 03/28/2009 - Plaintiff, 04/16/2009 - Defendants |
| Amended Pleadings: | 03/27/2009 |
| Expert Disclosure (Plaintiff): | 05/16/2009 |
| Expert Disclosure (Defendant): | 06/29/2009 |
| Discovery: | 09/01/2009 |
| Dispositive Motions: | 10/01/2009; response 11/1/2009; reply 12/1/2009; sur-reply 1/1/2010 |
| Final Pretrial Conference: | |
| ☐ Jury Trial ☐ Court Trial: | |
| Trial Estimate: | |
| ☐ TC ☐ SC ☐ HRG set for: | |

☒  Dates entered on court calendar

The court questions the parties as to the motion filing deadline, as the motion, response, and reply dates would leave the court very little time to resolve this matter prior to the 2009 holiday season. The parties believe the date can remain, and that the plaintiff would file its motion earlier than the date set. The court would prefer to resolve this matter on the motion, and notes that there is plenty of time to do so, rather than being presented with a request for an injunction later on.