UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

FREEDOM FROM RELIGION FOUNDATION, INC,

    Plaintiff,

v.                                                                  Case No.: 08-cv-1105

MANITOWOC COUNTY, WISCONSIN
BOB ZIEGLEBAUER, Manitowoc County Executive,
And JEFFREY BEYER, Manitowoc County
Public Works Director,

    Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2009, I electronically filed an Amended Answer on Behalf of Defendants, Manitowoc County, Bob Zieglebauer and Jeffrey Beyer, using the ECF system which will send notification of such filing to the following:

Richard L. Bolton
Boardman Suhr Curry & Field LLP
1 S Pickney St – 4th Floor
PO Box 927
Madison, WI 53701-0927

    Dated this 27th day of March, 2009.

                                            BY: /s Remzy D. Bitar
                                            RAYMOND J. POLLEN
                                            State Bar No.: 1000036
                                            REMZY D. BITAR
                                            State Bar No.: 1038340
                                            Attorneys for Manitowoc County, Bob Ziegelbauer and Jeffrey Beyer
                                            Crivello Carlson, S.C.
                                            710 North Plankinton Avenue
                                            Milwaukee, Wisconsin 53203
                                            414-271-7722
                                            Email: rpollen@crivellocarlson.com
                                                        rbitar@crivellocarlsom.com