UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

FREEDOM FROM RELIGION FOUNDATION, INC.,

    Plaintiff,

v.                                              Case No: 08-CV-1105

MANITOWOC COUNTY, WISCONSIN,
BOB ZIEGELBAUER, Manitowoc County Executive,
and JEFFREY BEYER, Manitowoc County
Public Works Director,

    Defendants.

---

## STIPULATION FOR SUBSTITUTION OF COUNSEL

---

IT IS STIPULATED by and between Rebecca S. Kratz, staff attorney for Freedom From Religion Foundation, Inc. and Richard L. Bolton and the law firm of Boardman, Suhr, Curry & Field, LLP, that Attorney Kratz be substituted as counsel of record for the plaintiff, Freedom From Religion Foundation, Inc.

Dated this 25th day of March, 2009.

_____      _____
Rebecca S. Kratz, Staff Attorney           Richard L. Bolton
Freedom From Religion Foundation, Inc.    Boardman, Suhr, Curry & Field, LLP
P.O. Box 750                                    P.O. Box 927
Madison, WI 53701-0750               Madison, WI 53701-0927
(608) 256-8900                               (608) 257-9521
rkratz@ffrf.org                                rbolton@boardmanlawfirm.com