UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

_____

FREEDOM FROM RELIGION FOUNDATION, INC.,

      Plaintiff,

v.                                                                Case No: 08-CV-1105

MANITOWOC COUNTY, WISCONSIN,
BOB ZIEGELBAUER, Manitowoc County Executive,
and JEFFREY BEYER, Manitowoc County
Public Works Director,

      Defendants.

_____

CERTIFICATE OF SERVICE
_____

I hereby certify that on March 27, 2009, I electronically served upon the Court for filing and uploading via the CM/ECF system of the United States District Court, Eastern District of Wisconsin, the Stipulation for Substitution of Counsel in the above matter to go to Attorney Raymond Pollen at rpollen@crivellocarlson.com and Attorney Remzy Bitar at rbitar@crivellocarlson.com via a notice of electronic filing.

      Dated this 27th day of March, 2009.

                      BOARDMAN, SUHR, CURRY & FIELD, LLP
                      By:

                        /s/ Richard L. Bolton
                      Richard L. Bolton, State Bar No. 1012552
                      Attorneys for Plaintiffs
                      1 S. Pinckney Street, 4th Floor
                      P. O. Box 927
                      Madison, WI  53701-0927
                      PH:  (608) 257-9521     FX: (608) 283-1709
                      rbolton@boardmanlawfirm.com