UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

FREEDOM FROM RELIGION FOUNDATION, INC.,

    Plaintiff,

v.                                                              Case No.: 08-CV-1105

MANITOWOC COUNTY, WISCONSIN
BOB ZIEGELBAUER, Manitowoc County Executive,
And JEFFREY BEYER, Manitowoc County
Public Works Director,

    Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2009, I electronically filed the Plaintiff's Motion for Summary Judgment, Plaintiff's Brief in Support of the Motion for Summary Judgment, Plaintiff's Proposed Findings of Fact and the supporting declarations and exhibits, using the CM/ECF system which will send notification of such filing to the following, who will also receive the same via U.S. mail:

Raymond J. Pollen and Remzy D. Bitar
Crivello Carlson, S.C.
710 North Plankinton Ave
Milwaukee, WI 53203

Dated this 30th day of September, 2009.

                                      /s/ Rebecca S. Kratz

                                    Rebecca S. Kratz, Staff Attorney
                                    State Bar No. 1063232
                                    Freedom From Religion Foundation
                                    P.O. Box 750
                                    Madison, WI 53701-0750
                                    Telephone: (608) 256-8900
                                    Facsimile: (608) 204-0422
                                    rkratz@ffrf.org