FREEDOM FROM RELIGION FOUNDATION, INC,

    Plaintiff,

v.    Case No.: 08-cv-1105

MANITOWOC COUNTY, WISCONSIN
BOB ZIEGLEBAUER, Manitowoc County Executive,
And JEFFREY BEYER, Manitowoc County
Public Works Director,

    Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2009, I electronically filed an Notice of Motion and Motion for Summary Judgment, Brief in Support of Motion for Summary Judgment, Proposed Findings of Fact, and Affidavits of Bob Zieglebauer, Jeffery Beyer and Remzy D. Bitar on Behalf of Defendants, Manitowoc County, Bob Zieglebauer and Jeffery Beyer, using the ECF system which will send notification of such filing to the following:

Attorney Rebecca S. Kratz
Staff Attorney
Freedom from Religion Foundation, Inc.
P. O. Box 750
Madison, WI 53701-0750

I have sent courtesy copies of the same via U. S. Mail to

Clerk of Courts
Green Bay Division
125 South Jefferson Street
PO Box 22490
Green Bay, WI 54305-2490

    Dated this 1st day of October, 2009.

    BY:  /s Remzy D. Bitar
    RAYMOND J. POLLEN
    State Bar No.: 1000036
    REMZY D. BITAR
    State Bar No.: 1038340
    Attorneys for Manitowoc County, Bob Zieglebauer and Jeffery Beyer
    Crivello Carlson, S.C.
    710 North Plankinton Avenue
    Milwaukee, Wisconsin 53203
    414-271-7722
    Email: rpollen@crivellocarlson.com
        rbitar@crivellocarlsom.com