UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

FREEDOM FROM RELIGION FOUNDATION, INC.,

    Plaintiff,

v.                                                    Case No.: 08-CV-1105

MANITOWOC COUNTY, WISCONSIN
BOB ZIEGELBAUER, Manitowoc County Executive,
And JEFFREY BEYER, Manitowoc County
Public Works Director,

    Defendants.

---

## CERTIFICATE OF SERVICE

---

       I hereby certify that on October 13, 2009, I electronically filed the Plaintiff's Motions to Modify the Scheduling Order and For Leave to File a Supplemental Complaint, its Brief in Support and accompanying Declaration of Rebecca S. Kratz and Exhibits, using the CM/ECF system which will send notification of such filing to the following, who will also receive the same via U.S. mail:

Raymond J. Pollen and Remzy D. Bitar
Crivello Carlson, S.C.
710 North Plankinton Ave
Milwaukee, WI 53203

Dated this 13th day of October, 2009.

                                               /s/ Rebecca S. Kratz

                                               Rebecca S. Kratz, Staff Attorney
                                               State Bar No. 1063232
                                               Freedom From Religion Foundation
                                               P.O. Box 750

Madison, WI 53701-0750
Telephone: (608) 256-8900
Facsimile: (608) 204-0422
rkratz@ffrf.org