UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

FREEDOM FROM RELIGION FOUNDATION, INC,

    Plaintiff,

v.                                                    Case No.: 08-cv-1105

MANITOWOC COUNTY, WISCONSIN
BOB ZIEGLEBAUER, Manitowoc County Executive,
And JEFFREY BEYER, Manitowoc County
Public Works Director,

    Defendants.

## AFFIDAVIT OF NORBERT VOGT

STATE OF WISCONSIN     :
                                  : ss
MANITOWOC COUNTY     :

    Norbert Vogt, being first duly sworn on oath, deposes and says:

    1.     I am an adult resident of the State of Wisconsin and make this affidavit on personal information and belief.

    2.     This affidavit is submitted in response to plaintiff's motion for summary judgment.

    3.     I have reviewed Exhibit F attached to the Declaration of Ms. Gaylor.

    4.     I agree that I made those statements referenced in Exhibit F. However, those statements are taken out of context from the article as a whole.

    5.     Additionally, those statements are out of context with my record as a Manitowoc County Board Supervisor. I have never previously voted on any issue based upon my religious beliefs. I have never previously acted on official matters based upon my personal religious beliefs.

Pursuant to 28 U.S.C. Sec. 1746 I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on the 30th day of October 2009.

By: /s Norbert Vogt
    Norbert Vogt