UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

FREEDOM FROM RELIGION FOUNDATION, INC,

    Plaintiff,

v.                                                       Case No.: 08-cv-1105

MANITOWOC COUNTY, WISCONSIN
BOB ZIEGLEBAUER, Manitowoc County Executive,
And JEFFREY BEYER, Manitowoc County
Public Works Director,

    Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2009, I electronically filed a Brief in Response to Plaintiff's Motion for Summary Judgment, Defendants' Response to Plaintiff's Proposed Findings of Fact and Additional Findings of Fact, and Affidavits of Norbert Vogt and Remzy D. Bitar (dated 10/30/09) on Behalf of Manitowoc County, Bob Zieglebauer and Jeffery Beyer, using the ECF system which will send notification of such filing to the following:

Attorney Rebecca S. Kratz
Staff Attorney
Freedom from Religion Foundation, Inc.
P. O. Box 750
Madison, WI 53701-0750

I have sent courtesy copies of the same via U. S. Mail to

Clerk of Courts
Green Bay Division
125 South Jefferson Street
PO Box 22490
Green Bay, WI 54305-2490

    Dated this 30th day of October, 2009.

                                                 BY:   /s Remzy D. Bitar
                                                 RAYMOND J. POLLEN
                                                 State Bar No.: 1000036
                                                 REMZY D. BITAR
                                                 State Bar No.: 1038340
                                                 Attorneys for Manitowoc County, Bob Ziegelbauer and Jeffery Beyer
                                                 Crivello Carlson, S.C.
                                                 710 North Plankinton Avenue
                                                 Milwaukee, Wisconsin 53203
                                                 414-271-7722
                                                 Email: rpollen@crivellocarlson.com
                                                         rbitar@crivellocarlsom.com