UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

FREEDOM FROM RELIGION FOUNDATION, INC.,

    Plaintiff,

v.                                          Case No.: 08-CV-1105

MANITOWOC COUNTY, WISCONSIN
BOB ZIEGELBAUER, Manitowoc County Executive,
And JEFFREY BEYER, Manitowoc County
Public Works Director,

    Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2009, I electronically filed the Plaintiff's Response to Defendants' Motion for Summary Judgment and Plaintiff's Response to Defendants' Proposed Findings of Fact, using the CM/ECF system which will send notification of such filing to the following, who will also receive the same via U.S. mail:

Raymond J. Pollen and Remzy D. Bitar
Crivello Carlson, S.C.
710 North Plankinton Ave
Milwaukee, WI 53203

Dated this 2nd day of November, 2009.

                                        /s/ Rebecca S. Kratz

                                        Rebecca S. Kratz, Staff Attorney
                                        State Bar No. 1063232
                                        Freedom From Religion Foundation
                                        P.O. Box 750
                                        Madison, WI 53701-0750
                                        Telephone: (608) 256-8900

Facsimile: (608) 204-0422
rkratz@ffrf.org