UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

FREEDOM FROM RELIGION FOUNDATION, INC,

    Plaintiff,

v.                                              Case No.: 08-cv-1105

MANITOWOC COUNTY, WISCONSIN
BOB ZIEGLEBAUER, Manitowoc County Executive,
And JEFFREY BEYER, Manitowoc County
Public Works Director,

    Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2009, I electronically filed a Brief in Response to Plaintiff's Motions to Modify the Scheduling Order and for Leave to File a Supplemental Complaint on behalf of Manitowoc County, Bob Zieglebauer and Jeffery Beyer, using the ECF system which will send notification of such filing to the following:

Attorney Rebecca S. Kratz
Staff Attorney
Freedom from Religion Foundation, Inc.
P. O. Box 750
Madison, WI 53701-0750

I have sent courtesy copies of the same via U. S. Mail to

Clerk of Courts
Green Bay Division
125 South Jefferson Street
PO Box 22490
Green Bay, WI 54305-2490

    Dated this 2nd day of November, 2009.

                                        BY:  /s Remzy D. Bitar
                                        RAYMOND J. POLLEN
                                        State Bar No.: 1000036
                                        REMZY D. BITAR
                                        State Bar No.: 1038340
                                        Attorneys for Manitowoc County, Bob Ziegelbauer and Jeffery Beyer
                                        Crivello Carlson, S.C.
                                        710 North Plankinton Avenue
                                        Milwaukee, Wisconsin 53203
                                        414-271-7722
                                        Email: rpollen@crivellocarlson.com
                                                rbitar@crivellocarlsom.com