UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

FREEDOM FROM RELIGION FOUNDATION, INC,

    Plaintiff,

v.                               Case No.: 08-cv-1105

MANITOWOC COUNTY, WISCONSIN
BOB ZIEGLEBAUER, Manitowoc County Executive,
And JEFFREY BEYER, Manitowoc County
Public Works Director,

    Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that on November 17th, 2009, I electronically filed a Reply Brief in Support of Defendants' Motion for Summary Judgment on behalf of Manitowoc County, Bob Zieglebauer and Jeffery Beyer, using the ECF system which will send notification of such filing to the following:

Attorney Rebecca S. Kratz
Staff Attorney
Freedom from Religion Foundation, Inc.
P. O. Box 750
Madison, WI 53701-0750

I have sent courtesy copies of the same via U. S. Mail to

Clerk of Courts
Green Bay Division
125 South Jefferson Street
PO Box 22490
Green Bay, WI 54305-2490

Dated this 17th day of November, 2009.

                BY: /s Remzy D. Bitar
                RAYMOND J. POLLEN
                State Bar No.: 1000036
                REMZY D. BITAR
                State Bar No.: 1038340
                Attorneys for Manitowoc County, Bob Zieglebauer and Jeffery Beyer
                Crivello Carlson, S.C.
                710 North Plankinton Avenue
                Milwaukee, Wisconsin 53203
                414-271-7722
                Email: rpollen@crivellocarlson.com
                          rbitar@crivellocarlsom.com