UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

FREEDOM FROM RELIGION FOUNDATION, INC,

    Plaintiff,

v.                                          Case No.: 08-CV-1105

MANITOWOC COUNTY, WISCONSIN
BOB ZIEGELBAUER, Manitowoc County Executive,
And JEFFREY BEYER, Manitowoc County
Public Works Director,

    Defendants.

---

### SUPPLEMENTAL DECLARATION OF ANNIE LAURIE GAYLOR

---

Annie Laurie Gaylor declares, pursuant to 28 U.S.C. §1746, as follows:

1. As Co-Presidents of the Freedom From Religion Foundation ("FFRF"), Dan Barker and I host a weekly radio show, Freethought Radio, which offers programming for nonreligious listeners, as well as countering the religious-right domination of our public airwaves. Freethought Radio features timely news on state/church separation, Dan's "Pagan Pulpit," "Freethinkers Almanac," music and interviews with authors and activists.

2. During the January 31, 2009 broadcast, our guest on Freethought Radio was Paul Rappel, a FFRF member and Manitowoc County resident. During the

1

interview with Mr. Rappel, we discussed the Manitowoc County Courthouse crèche case.

3. I have carefully reviewed the relevant transcript of the podcast from Freethought Radio, which was attached as Exhibit A to the Affidavit of Remzy D. Bitar dated October 30, 2009, and have listened to the podcast itself.

4. The transcription of my remarks, page 7, lines 14-15 of Exhibit A to Bitar's Affidavit, which read "Ms. Gaylor: No, that they were – the community in Manitowoc must be very, very stupid," is incorrect.

5. I did not state that the community in Manitowoc must be "very, very stupid." My correct remark from that portion of the interview is that the community in Manitowoc must be "very conservative." A true and correct copy of a transcript for the January 31, 2009 radio show is attached as Exhibit A. The full show can be found at FFRF's website, http://ffrf.org/radio/podcast. My correct wording is found on page 9, lines 18-20 of the attached Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on: December 1, 2009.

*Annie Laurie Gaylor*
Annie Laurie Gaylor