UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

FREEDOM FROM RELIGION FOUNDATION, INC,

    Plaintiff,

v.                                                         Case No.: 08-CV-1105

MANITOWOC COUNTY, WISCONSIN
BOB ZIEGELBAUER, Manitowoc County Executive,
And JEFFREY BEYER, Manitowoc County
Public Works Director,

    Defendants.

---

## DECLARATION OF PAUL T. RAPPEL

---

Paul T. Rappel declares, pursuant to 28 U.S.C. §1746, as follows:

1. I am a lifelong resident of Manitowoc County. I currently reside at 6200 Silver Hills Drive, Manitowoc WI 54220.

2. I work at Kewaunee Power Station located at N490 State Hwy 42 in Kewaunee Wisconsin.

3. My normal route to work takes me through the City of Manitowoc, past the Manitowoc County Courthouse, and then through the City of Two Rivers to Kewaunee.

4. During December, when the nativity scene is on display, I sometimes take an alternate route to work, so that I can avoid seeing this Christian symbol on government property.

5.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December ___, 2009.*

_____

Paul T. Rappel

* Declaration has been forwarded to Mr. Rappel for signature. Plaintiff's Counsel will forward to the Court and opposing Counsel the formally executed declaration this week.