UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

FREEDOM FROM RELIGION FOUNDATION, INC.,

    Plaintiff,

v.                                                               Case No.: 08-CV-1105

MANITOWOC COUNTY, WISCONSIN
BOB ZIEGELBAUER, Manitowoc County Executive,
And JEFFREY BEYER, Manitowoc County
Public Works Director,

    Defendants.

## CERTIFICATE OF SERVICE

        I hereby certify that on December 1, 2009, I electronically filed the Plaintiff's Reply Brief in Support of Plaintiff's Motion for Summary Judgment, Plaintiff's Response to Additional Proposed Findings of Fact, the supplemental declarations and supporting exhibits for Annie Laurie Gaylor and Paul T. Rappel, using the CM/ECF system which will send notification of such filing to the following, who will also receive the same via U.S. mail:

Raymond J. Pollen and Remzy D. Bitar
Crivello Carlson, S.C.
710 North Plankinton Ave
Milwaukee, WI 53203

Dated this 1st day of December, 2009.

                                                    /s/ Rebecca S. Kratz

                                                    Rebecca S. Kratz, Staff Attorney

State Bar No. 1063232
Freedom From Religion Foundation
P.O. Box 750
Madison, WI 53701-0750
Telephone: (608) 256-8900
Facsimile: (608) 204-0422
rkratz@ffrf.org