UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

FREEDOM FROM RELIGION FOUNDATION, INC,

    Plaintiff,

v.                                      Case No.: 08-cv-1105

MANITOWOC COUNTY, WISCONSIN
BOB ZIEGLEBAUER, Manitowoc County Executive,
And JEFFREY BEYER, Manitowoc County
Public Works Director,

    Defendants.

## CERTIFICATE OF SERVICE

       I hereby certify that on January 11, 2010, I electronically filed a Sur-reply Brief in Support of Defendants' Motion for Summary Judgment on behalf of Manitowoc County, Bob Zieglebauer and Jeffery Beyer, using the ECF system which will send notification of such filing to the following:

Attorney Rebecca S. Kratz
Staff Attorney
Freedom from Religion Foundation, Inc.
P. O. Box 750
Madison, WI 53701-0750

      Dated this 11th day of January, 2010.

                                            BY: /s Remzy D. Bitar
                                            RAYMOND J. POLLEN
                                            State Bar No.: 1000036
                                            REMZY D. BITAR
                                            State Bar No.: 1038340
                                            Attorneys for Manitowoc County, Bob Ziegebauer and Jeffery Beyer
                                            Crivello Carlson, S.C.
                                            710 North Plankinton Avenue
                                            Milwaukee, Wisconsin 53203
                                            414-271-7722
                                            Email: rpollen@crivellocarlson.com
                                                      rbitar@crivellocarlsom.com