# United States District Court

EASTERN DISTRICT OF WISCONSIN

FREEDOM FROM RELIGION
FOUNDATION, INC.,

       Plaintiff,

    v.

MANITOWOC COUNTY,
BOB ZIEGELBAUER and
JEFFREY BEYER,

       Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No. 08-C-1105

☐   **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.**  This action came before the Court for consideration.

      **IT IS HEREBY ORDERED AND ADJUDGED** that the Plaintiff's claim against the Defendants' has become moot, and the case is therefore dismissed.

Approved:   s/ William C. Griesbach
                   WILLIAM C. GRIESBACH
                   United States District Judge

Dated: April 23, 2010.

                   JON W. SANFILIPPO
                   Clerk of Court

                   s/ Mary Elizabeth Conard
                   (By) Deputy Clerk