# UNITED STATES DISTRICT COURT

for the

Eastern District of Wisconsin

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC.<br>v.<br>MANITOWOC COUNTY, et al. | )<br>)<br>)  Case No.: 08-C-1105<br>)<br>) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on ___04/23/2010___ against ___the plaintiff___,
                                                                    *Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk | $ 0.00 |
| Fees for service of summons and subpoena | 0.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case | 358.00 |
| Fees and disbursements for printing | 64.80 |
| Fees for witnesses *(itemize on page two)* | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. | 0.00 |
| Docket fees under 28 U.S.C. 1923 | 0.00 |
| Costs as shown on Mandate of Court of Appeals | 0.00 |
| Compensation of court-appointed experts | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | 0.00 |
| Other costs *(please itemize)* | 0.00 |
| TOTAL | $ 422.80 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

[✓] Electronic service          [ ] First class mail, postage prepaid

[ ] Other: _____

s/ Attorney: ___s/ Remzy D. Bitar___

Name of Attorney: s/ Remzy D. Bitar

For: ___Manitowoc County, Bob Zieglebauer and Jeffery Beyer___          Date: ___05/03/2010___
         *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____
*Clerk of Court*          *Deputy Clerk*          *Date*

# UNITED STATES DISTRICT COURT

| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | **TOTAL** | | $0.00 |

Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
  "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
  "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
  Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

  When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

  Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

# DEFENDANT'S BILL OF COSTS

Freedom From Religion Foundation, Inc. v. Manitowoc Co., et al.
Case No.: 08-C-1105

## PHOTOCOPYING CHARGES

| | | |
|---|---|---|
| 01/20/09 | Certificate of Interest, Answer, Affirmative Defenses and Certificate of Service by Defendants<br>8 pgs at 2 copies x .15 | $ 2.40 |
| 01/20/09 | Certificate of Interest, Answer, Affirmative Defenses and Certificate of Service by Defendants<br>8 pgs at 2 copies x .15 | $ 2.40 |
| 02/25/09 | Rule 26(F) Report on Discovery Planning Conference Submitted on Behalf of Plaintiff and Defendants; Certificate of Service<br>5 pgs at 2 copies x .15 | $ 1.50 |
| 03/27/09 | Amended Answer and Affirmative Defenses; Certificate of Service<br>3 pgs at 2 copies x .15 | $ 0.90 |
| 10/01/09 | Notice of Motion and Motion for Summary Judgment, Brief In Support, PFOF, Affidavits of ob Ziegelbauer, Jeffery Beyer and Remzy Bitar, Certificate of Service<br>179 pgs at 1 copy x .15 | $ 26.85 |
| 10/30/09 | Brief in Response to Plaintiff's Motion for Summary Judgment, Defendants' Response to Plaintiff's Proposed Findings of Fact and Additional Findings of Fact, and Affidavits of Norbert Vogt and Remzy D. Bitar<br>64 pgs at 2 copies x .15 | $ 19.20 |
| 11/02/09 | Brief in Response to Plaintiff's Motion to Modify Scheduling Order and for Leave to file a Supplemental Complaint and Certificate of Service<br>20 pgs at 2 copies x .15 | $ 6.00 |
| 11/17/09 | Reply Brief in Support of Defendant's Motion for Summary Judgment by Manitowoc County et al.; Certificate of Service<br>16 pgs at 2 copies x .15 | $ 4.80 |
| 01/11/10 | Sur-Reply brief in support of Defendants' Motion for Summary Judgment; Certificate of Service<br>5 pgs at 1 copy x .15 | $ 0.75 |
| | **Total** | **$ 64.80** |

## TRANSCRIPTS

| 10/27/09 | Transcript of Interview of Paul T. Rappel<br>Gramann Reporting | $ 358.00 |
|---|---|---|

                **Total Allowable Costs**                **$ 422.80**

# INVOICE

**G**
**GRAMANN**
REPORTING

710 North Plankinton Ave.
Suite 710
Milwaukee, WI 53203

PHONE: 414.272.7878
FAX: 414.272.1806

*Innovation • Expertise • Integrity*

SUBMITTED FOR PAYMENT
DATE: 10-28-2009
FILE NO.: 0100-090002    LKB

Mr.
Crivello Carlson, S.C.
710 North Plankinton Avenue
Suite 500
Milwaukee, WI 53203-2404

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 177059 | 10/28/2009 | 91486 |

| Job Date | Case No. |
|---|---|
| 10/27/2009 | 08CV1105 |

| Case Name |
|---|
| Freedom From Religion Foundation, Inc. v. Manitowoc County, et al. |

| Payment Terms |
|---|
| Due upon receipt |

1 COPY OF THE TRANSCRIPTION OF:
Interview of Paul T. Rappel          26:00 Pages          338.00
    eTranscript File                                       15.00
    Handling                                                5.00

                                    TOTAL DUE >>>       $358.00

Expedite page rates applied.
ETRANSCRIPT, TEXT and PDF files e-mailed on the date of this invoice.
Transcript files can also be accessed on your account at: www.gramannreporting.com.
Enclosed please find our complimentary DepoLaunch CD.

OK

Check out the NEW look at our NEW website - http://www.gramannreporting.com.
Gramann Reporting appreciates your business. Thank you!

Tax ID: 39-1582838

**GRIMANN · CARLSON & GRAMANN REPORTING, LTD.**

Check Number: 239784
Check Date: 10/30/2009

| Date | INV # | Client | Matter | Atty | EXP | Description | GL Acct | Amount |
|---|---|---|---|---|---|---|---|---|
| 10/28/09 | 177059 | 0100 | 0900012 | RJP | E115 | Paul T. Rappel | 180000 | 358.00 |

Check Amount: $358.00