# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
### OFFICE OF THE CLERK

**Green Bay Division**

125 South Jefferson Street
P.O. Box 22490
Green Bay, WI 54305-2490

JON W. SANFILIPPO
CLERK

TEL: 920-884-3720
FAX: 920-884-3724

*www.wied.uscourts.gov*

May 6, 2010

Rebecca S. Markert
Freedom From Religion Foundation
P.O. Box 750
Madison, WI 53701-0750

Remzy D. Bitar
Crivello Carlson S.C.
The Empire Building
710 N. Plankinton Ave. Ste. 500
Milwaukee, WI 53203-2404

Re: **Freedom From Religion Foundation, Inc. V. Manitowoc County**
**Case No. 08-C-1105**

Dear Counsel:

Today, I received the defendant's proposed Bill of Costs in the above case. In order to dispose of this matter without a hearing, I am asking plaintiff to advise me in writing on or before **May 20, 2010** whether there are objections to any of the costs.

If there are <u>no objections</u> to the proposed costs, plaintiff should promptly notify the court in writing, with a copy to opposing counsel.

If plaintiff does file an objection, it should be accompanied by a brief memorandum. Defendant will have until **May 27, 2010** to file a response and any reply by plaintiff should be filed on or before **June 3, 2010**. The matter will then be decided on the written memoranda. Thank you for your cooperation.

Very truly yours,

JON W. SANFILIPPO
Clerk of Court

s/Cheryl A. Veazie
Deputy Clerk