UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

FREEDOM FROM RELIGION FOUNDATION, INC,

    Plaintiff,

v.                                      Case No.: 08-cv-1105

MANITOWOC COUNTY, WISCONSIN
BOB ZIEGLEBAUER, Manitowoc County Executive,
and JEFFREY BEYER, Manitowoc County
Public Works Director,

    Defendants.

## STIPULATION FOR WAIVER OF COSTS
## AND WAIVER OF APPEAL

IT IS STIPULATED by and between Freedom From Religion Foundation, Inc. and Manitowoc County, Bob Zieglebauer and Jeffrey Beyer, by their attorneys, that Freedom From Religion Foundation, Inc. waives an appeal from the dismissal and Judgment of April 23, 2010 in this case and that the defendants waive taxation of costs and disbursements.

Dated this 20th day of May, 2010

BY: /s / Rebecca S. Markert
Rebecca S. Markert
State Bar No.: 1063232
Attorney for the Freedom
From Religion Foundation
PO Box 750
Madison, WI 53701
(608) 256-8900
Email: rmarkert@ffrf.org

Dated this 20th day of May, 2010.

BY: /s Remzy D. Bitar
RAYMOND J. POLLEN
State Bar No.: 1000036
REMZY D. BITAR
State Bar No.: 1038340
Attorneys for Manitowoc County,
Bob Ziegelbauer and Jeffery Beyer
Crivello Carlson, S.C.
710 North Plankinton Avenue
Milwaukee, Wisconsin 53203
414-271-7722
Email: rpollen@crivellocarlson.com
       rbitar@crivellocarlsom.com